BENJAMIN RICHARD, Respondent, v. STAFFORD BROS., INC., Appellant. (SOLOMON SIMON, Respondent.)— Order reversed, with ten dollars costs and disburse-

ments, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.